E-FILED
Wednesday, 11 July, 2018 02:31:31 PM
Clerk, U.S. District Court, ILCD

Exhibit D #

STATE OF ILLINOIS        )
                         ) SS
COUNTY OF LIVINGSTON     )

I, Cordell Sanders, do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts:

On the morning of August 17th 2016, while in the north cell house, 119 cell, I seen several prison guards that included prison guards Lieutenant Gregory Tangman, Jeremy Whicker and Major Suzane Prentice, rushed past my cell south bound. Shortly thereafter I heard prison guards rush into some ones cell after I heard a cell door slide open and slammed into the wall. I heard a lot of bumping and rumbling around and prison guard keys violently jiggling around.

Shortly therafter, I seen outside my cell window, several prison guards escorting inmate Billops down the gallery bent over in hand cuffs with blood dripping from his mouth, leaving a trail of blood with prison guard Whicker trailing the pack of prison guards escorting Billops, smearing inmate Billops blood with his gym shoe. A short time later, I was released from my cell for a doctor's appointment and was lead north bound through the north cell house out to the holding cages where I discovered inmate Billops sitting with his right eye swollen shut with a busted wide open bottom lip with Nurse Laura examining his face.

RECEIVED
APR 1 0 2017
ADMINISTRATIVE
REVIEW BOARD

1 OF 2

Exhibit D

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury that every thing contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivoulously or maliciously and that I believe that the foregoing matter is taken in good faith.

Signed on this 11 day of Jun 2016

Affiant *Cardell Sanders*

Cordell Sanders # R-41346
Pontiac. Corr. Ctr.

MARK G SPENCER
Official Seal
Notary Public - State of Illinois
My Commission Expires Mar 23, 2020



2 of 2

RECEIVED

APR 1 0 2017

ADMINISTRATIVE
REVIEW BOARD

*Exhibit E.1*



Bruce Rauner
Governor

John Baldwin
Acting Director

## The Illinois Department of Corrections

Pontiac Correctional Center
700 W. Lincoln Street, P.O. Box 99 • Pontiac, IL 61764 • (815) 842-2816 TDD: (800) 526-0844

# MEMORANDUM

DATE:       November 10, 2016

TO:         Marlon Billops K04496
            N-01-40

FROM:       Michael P. Melvin, Warden

*RECEIVED*
*NOV 14 2016*
*Pontiac Correctional Center*
*Record Office*

SUBJECT:    **Staff Conduct – ICMS 744169**

Your letter to the Governor of Illinois has been forwarded for my review. In your letter you allege numerous incidents of staff misconduct towards you.

External Investigations reviewed the case of January 14, 2016 and found it to be not substantiated. Internal Affairs interviewed you on August 4, 22016 regarding this incident and you were not to have no visible injuries; photos were taken for documentation.   August 17, 2016; there was an additional incident which you were involved in and you were observed to have an injury which medical treatment was provided.

I trust this has been responsive to your concerns.

MPM/jle

xc: Master File K04496
    File

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

TO: Record's office
FRM Marlon Billups K-04496
North 130

2.13.17

**RECEIVED**

APR 1 0 2017

ADMINISTRATIVE
REVIEW BOARD

Sub. Grievance.

      I will like a copie of the grievance and memo to the grievance for excessive force that happened 8·4·16 in North 101 by Major Prentice, % Whicker and so an unnamed %. The memo say that they were sending the grievance to I.A.

      I will like a copy of the grievance and memo to said grievance that I submitted 8.8.16 About excessive force which occured 8·17·16 in North 103 Naming % Whicke, Lt. Wagmon Major Prentice. The memo said that the grievance was being send to I.A.

      I will like a copy of the investigation ticket that I was served in August, 2016 it was between Aug. 4. 2016 and Aug. 8 2016

      Thanks in advance

      Respectfully,
          Billups

## State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | K04496 | **Counseling Date** | 03/01/17 09:02:05:583 |
| **Offender Name** | BILLOPS, MARLON | **Type** | Collateral |
| **Current Admit Date** | 08/09/2000 | **Method** | Other |
| **MSR Date** | 03/03/2027 | **Location** | PON RECORDS OFFICE |
| **HSE/GAL/CELL** | N -01-30 | **Staff** SIGLER, BRENDA L., Executive II | |

Responded to offender's request for copies of a grievance for excessive force that happened o n 8/4/16 and a copy of the memo stating it was being sent to IA. Copy of another grievance amd memo from a grievance he submitted 10/10/16 for excessive force, and and Investigative ticket that he was served between 8/4 and 8/8/16. "The grievances and Investigative ticket you are wanting copies of are not in your masterfile, and there is not a memo stating your grievance was being sent to IA."



RECEIVED

APR 1 0 2017

ADMINISTRATIVE
REVIEW BOARD

**Print Date 3/1/2017**

Exhibit F.3

**RECEIVED**

**APR 1 0 2017**

**ADMINISTRATIVE REVIEW BOARD**

To: A.R.B                    1 of 3                                        3.15.17

P.O. Box 19277

Spfld, Il 62794-9277

Sub: Appeal of Grievance (8·4·16) and (8·17·16) Staff Conduct, corpal punishment Medical treatment

On 8.4.16, I was taken to North 101, excorted by C/O Whicker Another C/O And Major Susan Prentice led the way. I was in handcuffs and shackles. Once inside 101, I was thrown to the floor, C/O Whicker slamed my head against the wall and the concreet slab while the other officer was punching my body.

On 9.5.16 I submitted a emergency grievance to the Warden. On 9.28.16 the warden respond as Not an emergency On 9.28.16 I send the grevince to the grievance office.

On 9.30.16, I received a memorandum from the grievance office along with a copy of the grievance. The grievance office stated "Your complaint has been fowared to Internal Affairs for review. Enclosed is a copy for your records."

After Not hearing anything, I wrote the grievance office And I.A. asking about a status check of the grievance 11.14.16, I also wrote the governer. I Never received a responce from I.A. or the grievance office.

On 2.13.17, I wrote the Records offise asking for cupica of the grievance and memo. On 3.1.17, the Record office respond stating their is Not record of the grievance in my master file and No record that of a memo saying my grievance was being sent to I.A.

Exhibit F.4

RECEIVED

APR 1 0 2017

ADMINISTRATIVE
REVIEW BOARD

2 of 3

3.15.17

On 8.17.16, I covered up feces that was on my wall's and cell door windo using tissue and wax paper from my meal loaf. I had been in cell North 102 since 8.8.16, and when I was pud in the cell the feces was thea. I had absolutly no cloths, I beg staff dnily to move me % Edwards told me to take it down, I exsplained that I'm not covering up so that I couldn't be seen I'm covering up the crap. % Edwards called % Whicker, Sgt. Meister, Lt. Tagman and Major Prentice. Major Prentice had them run in my cell and Lt. Tagman and Whicker beat me up.

On 8.31.16, I filed a grievance for (staff conduct, Medical treatment assault and battery; corpal punishment) and submitted it to counselor Donna Jones. On 10.12.16 counselor Respnd saying "Issue previously addressed according to the grievance office". I wrote you letting you know that I was prepairing to send you a copy of the grievance because I didn't think counselor would address it. I didn't send it, but counselor addressed the grievance I let you know that I will appeal counselor decision to the grievance office.

On 11.14.16, I wrote the grievance office asking if they got the grievance and if I was able to submitt a affidavit. that got the grievance office never respnd. I wrote sevel more time and never got a Respence. I wrote the Record office

Exhibit F.5

**RECEIVED**

APR 1 0 2017

3 of 3          **ADMINISTRATIVE**      3.15.17
                **REVIEW BOARD**

Asking for a copy of the of the grievance I submitted
(10.10.16) about an excessive force which occured 8-17-16
Naming YOWhicker, Lt Trayman and Major Prentice.

On 3.1.17 saying the grievance I'm talking about
is not in my master file.

Wherefor since I cant get a response form the
grievance officer and the Record office claims there no
Record I have No choice but to appeal to you.

I'm sending you a two page Emergence grievance
that was written on 9.5.16, Wardens de Ruling of Nove
emergency on 9.28.16 a Memorandum from the
grievance officer stat The grievance has been forward to E.A.

The grievance that was written on 8.31.16 staff conduct
Medical treatment Assault, Battery corpal punishmet. Counselors
respons on 10.12.16. Stating "Issue previously addressed
according to grievance office. a 2 page affindavit from
cordell Sanders. The Request that I send to thea
Record office a.13.17. The Records office Response 3.1.17

Thank you.

Respectfully,

Marlon Billops

Marlon Billops K. 04496
P.O. Box 99
Pontiac, Il 61764

(5.5.17)
P.S. On 10.25.16, I wrote you, letting you
now that I was appealing the grievance
submitted 10.10.16, to conselor Jones
corpal punishment. So you have
that grievance alreendy. It occured 8-17-16



| Inmate Id: | K04496 | Ret Form Ind: | Yes |
| Name: | BILLOPS, MARLON | Modify Ind: | |
| Chair Code: | DEKN | Deny Ind: | |
| Grv Type: | L | Favorable Ind: | |
| Grv Code: | STAFF CONDUCT | Deferred Ind: | |
| Receive Date: | 10/31/2016 | Moot Ind: | |
| Hearing Date: | 04/04/2017 | Grievance Number: | |
| Mailing Date: | 04/11/2017 | Incident Number: | |
| Grv Loc: | PONTIAC CC | Incident Date: | 00/00/0000 |
| Hearing Loc: | PONTIAC CC | Incident Inst: | |

Comments: RGF; PTF; DATED 8/31/16. GRVS C/O WHICKER, EDWARDS, LT TANGAMAN, SGT MEISTER & MAJ PRENTICE 8/17/2016.  GRV FORWARDED TO ARB W/O FAC RESPONSE OVER 60 DAYS AFTER INCIDENT THEREFORE PTF

Billops v. Prentice, et al. (17-1348) IDOC Document No.:  000288

Exhibit 5.2

ILLINOIS DEPARTMENT OF CORRECTIONS

**Administrative Review Board
Return of Grievance or Correspondence**

Offender: _Billops_ _____ _Marlon_ _____ _X04496_
Last Name        First Name        MI        ID#

Facility: _Pontiac_

☐ Grievance: Facility Grievance # (if applicable) _____ Dated: _9/5/16_ or ☐ Correspondence: Dated: _____

Received: _4/10/17_ Regarding: _Staff - Major Prentice, CO Whacker, unnamed CO_
Date                              _8/4/16_

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☒ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to: Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL 62706

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____.
Date

☐ No justification provided for additional consideration.

**Other** (specify): _____

_____

Completed by: _____ _Debbie Knauer_ _____ _Debbie Knauer (signature)_ _____ _5/1/17_
Print Name                          Signature                    Date

Distribution: Offender
Inmate Issues

*Printed on Recycled Paper*

DOC 0070 (Rev.4/2013)

Exhibit J-2

To: A.R.B

P.O. Box 19277

Spfld, Il 62794-9277

6.6.17

Sub: Appeal of Grievance that Grievance officer Refuse to address about;
Staff Conduct; Medical Treatment; A.D.A; HIPPA--Q.M.P Todd Nelson

On 9-5-16, I wrote the instant grievance on Todd Nelson because while on Sucide Watch I was jumped on by 2 %is Todd Nelson who was doing sucide watch saw me after the beating while I was on the back of a Motor Cart going to health Care. When I Returned from, Todd or No other Q.M.P came to check on me.

I send the grievance (along with 7 others) to Uptown people law Center so that I Record will be made. When the grievance returned at the end of Sept. 2016, I foward this grievance to the grievance officer. The grievance officer has yet to Respond to this day, or address my Request about the grievance. So I have No choice but to beleive they discarded my grievance or denied it. The grievance officer Not addressing my grievance is a tipical proceedure, one I know youre aware of giving the amount of times this has happened to me and me complaining to you about it.

Respecifully,

Marlon Billups
P.O. Box 99
Ponting, Il 61764

**RECEIVED**

**JUL 17 2017**

**ADMINISTRATIVE
REVIEW BOARD**

Exhibit J.1

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 9-5-16 | Offender: (Please Print) Marlon Billups | ID#: K-04496 |
|---|---|---|

| Present Facility: Pontiac Corr. Center | Facility where grievance issue occurred: Pontiac Corr. Center |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility

- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator

- [ ] Restoration of Good Time
- [x] Medical Treatment

- [x] ADA Disability Accommodation
- [x] HIPAA
- [x] Other (specify): _____

- [ ] Disciplinary Report: ___/___/___ Date of Report    _____ Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information
for each person involved): That On 8-17-16, grievant was brutly beat by ~~the~~ North Cell house Security. Grievant's Right
eye was black and closed his bottom lip split open amongest other injury's. Grievant was seated
in the back of some sort of Studmobil that's used or was used to Transport me to the
health care unit. Nurse Leave Drew, an Lt. Runkc was on the back with grievant. Going to the
health care Unit from the North cell house, We had to pass through a locked gate. When we went through
in the Vehiceral, grievant saw Todd Nelson Todd Nelson is a C.M.T., he asked me "What happen to
you buddy?" Grievant told him "Your girl Preatice had them beat me up." Todd Nelson said
"Who?" Grievant told ~~of~~ the names as We were pulling off in the cart. Grievant was on Sucide
watch befor ~~need~~ 8-17-16 and sometime afterwords. Todd Nelson was during Crisis watch. When
grievant Returned from the health care Unit back to the North Cell house. Todd Nelson was

Relief Requested: ① That I'm given Mental health treatment Required by State/fed law. ② That
Todd Nelson is disciplined in his attempt to cover up Staff Misconduct

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Marlon Billups _____    K-04496    9 / 5 / 16
Offender's Signature             ID#       Date

(Continue on reverse side if necessary)

---

### Counselor's Response (If applicable)

Date Received: ___/___/___      [ ] Send directly to Grievance Officer      [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____ Print Counselor's Name          _____ Counselor's Signature          _____ Date of Response

---

### EMERGENCY REVIEW                                JUL 17 2017

Date Received: ___/___/___      Is this determined to be of an emergency nature?

ADMINISTRATIVE REVIEW BOARD

- [ ] Yes; expedite emergency grievance.
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____ Chief Administrative Officer's Signature      ___/___/___ Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)



doing Crisis watch on 1 gallery. Todd Nelson was at cell 140. Nelson asked me "How are you doing as I walked pass him on the gallery. "How are you doing?" Grievant said "I have stitches in my lip." Todd Nelson Never came to check upon me despite the fact that I was on suicide watch, and he was supose to check upon me see how I was doing. Insted Todd Nelson avoide coming to check upon grievant because grievant might have told him what happened and why. Todd wouldve or shouldve Recorded the insodent. However, security camera told Todd what happened (their version) where in todd Nelson thought that he knew what was going on. Grievant was assigned to North 102. Grievant is labled S.M.I., Grievant aske that the North house 1 gallery Security cameras be Reviewed for on 7-17-16, It would show that Todd Nelson Never came to speaks to grievant.



Exhibit J.3

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Administrative Review Board
## Return of Grievance or Correspondence

**Offender:** _Billops_ _____ _Marlon_ _____ ___ _K044496_
Last Name              First Name        MI     ID#

**Facility:** _Pontiac_ _____

☑ Grievance: Facility Grievance # (if applicable) _____ Dated: _9/5/16_ or ☐ Correspondence: Dated: _____

Received: _7/17/17_ Regarding: _MHP Todd Nelson did not check on him_
Date                      _while on Crisis Watch_

The attached grievance or correspondence is being returned for the following reasons:

---

**Additional information required:**

☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
                                                    Office of Inmate Issues
                                                    1301 Concordia Court, Springfield, IL 62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to:  Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

---

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Administrative Transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☑ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☑ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
                                            Date

☐ No justification provided for additional consideration.

---

**Other** (specify): _____

_____

Completed by: _Debbie Knauer_ _____ _Debbie Knauer_ _____ _7/27/17_
Print Name                           Signature            Date

Distribution:  Offender                            *Printed on Recycled Paper*                          DOC 0070 (Rev.5/2017)
             Inmate Issues

Exhibit K-1



**Bruce Rauner**
**Governor**



**John Baldwin**
**Acting Director**

## The Illinois Department of Corrections

**Pontiac Correctional Center**
700 W. Lincoln Street, P.O. Box 99 • Pontiac, IL 61764 • (815) 842-2816 TDD: (800) 526-0844

# M E M O R A N D U M

**Date:**    September 4, 2016

**To:**    Adjustment Committee

**From:**    Jeremy Olson
Internal Affairs Unit

**Subject:**    Offender Release from Investigative Status

Marlon Billops                                             K-04496
Print Offender's Name                                          ID Number

On ____8/04/16____ the above named offender was issued an Investigative Report.
Date

It is recommended that he or she be released from Investigative Status on ____9/04/16____
Date

Disciplinary Report Issued:    X - Yes    -No

*100

__X__ Concur         ☐ Do not concur


Michael P. Melvin                                         _[signature]_
Print Chief Administrative Officer's Name                        Signature

RECEIVED

SEP 1 2 2016

Pontiac Correctional Center

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in
offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

Billops v. Prentice, et al. (17-1348) IDOC Document No.: 000619

· Exhibit L.1    1:18-cv-01254-MMM   # 1-1    Page 16 of 35

*Crisis Watch*
*(initial eval)*

ILLINOIS DEPARTMENT OF CORRECTIONS
**EVALUATION OF SUICIDE POTENTIAL**

_____
Pontiac
Facility

Date: _8/8/16_

Offender Name: _Billops, Marlon_  ID #: _K04496_  DOB: _12/1/1978_
Last, First, MI

## Section I: Risk Factors

1. Have there been reports that the offender may be at risk for suicide?  Yes ☒  No ☐

2. Has the offender experienced a significant loss within the previous six months?  Yes ☐  No ☒
   * If yes, describe:

3. Is the offender worried about any major problems other than his or her legal situation?  Yes ☒  No ☐
   * If yes, describe: "I'm afraid (named security) is trying to kill me and using my lack of medical Tx as a coverup."

4. If the offender holds a position of respect in the community, is he or she having difficulty adjusting to the loss of freedom, status or privilege?  Yes ☐  No ☒

5. Is this the offenders first involvement with the legal system?  Yes ☐  No ☒
   * If yes, describe: Juvenile Criminal Hx  2nd incarceration as an adult

6. Does the offender appear to feel unusually embarrassed or ashamed?  Yes ☐  No ☒
7. Does the offender express feelings of hopelessness or helplessness?  Yes ☐  No ☒
8. Does the offender show signs of depression (i.e. crying, emotional flatness, etc.)?  Yes ☐  No ☒
   * If yes, describe:

9. Does the offender seem overly anxious, afraid, or angry?  Yes ☐  No ☒
   * If yes, describe:

10. Is the offender acting or talking in a strange manner (e.g. cannot focus his or her attention, hallucinating, etc.)?  Yes ☐  No ☒
    * If yes, describe:

11. Has the offender made previous suicide attempts?  Yes ☒  No ☐
    * If yes,
      How many attempts have been made previously?  "over 20"
      Date and method of the most recent suicide attempt:
      most recent attempt (per offender report) 3-4 mo ago - "I swallowed chess pieces, chopstick, spoon, stuff like that!"

Exhibit L.2

ILLINOIS DEPARTMENT OF CORRECTIONS
**EVALUATION OF SUICIDE POTENTIAL**

Pontiac
Facility                                                    Date: _8/28/16_

Offender Name: _Billops, Marlon_  ID #: _K04496_  DOB: _12/1/1978_
Last, First, MI

| | Yes | No |
|---|---|---|
| 12. Does the offender express thoughts of killing him or herself? | ☒ | ☐ |
| 13. Does the offender have a plan for suicide? "Not right now." | ☐ | ☒ |

- If yes, describe:

| | Yes | No |
|---|---|---|
| 14. Does the offender have the means to carry out a suicide plan? | ☐ | ☒ |
| 15. Does the offender have a family member or significant other who has attempted or completed suicide? | ☒ | ☐ |

- If yes,

What is the persons relationship to the offender? _____

Identify the date and method of the attempted or completed suicide:

_Uncle died approx 5 yrs ago and was on dialysis._
_Offender believes he refused medical Tx (passive suicide)_
_Niece shot herself in the neck/shoulder area. Offender_
_unable to recall time + more of incident_

Calculate the total number of yes/no responses in each column:   Yes _5_   No _10_

## Section II: Protective Factors

| | Yes | No |
|---|---|---|
| 1. Does the offender have a spiritual or cultural opposition to suicide? | ☒ | ☐ |
| 2. Does the offender display a positive future orientation or a sense of hope? "If I make it out | ☒ | ☐ |
| 3. Does the offender have an active, positive support system that of this (situation), I do." includes family, spouse, friends or community ties? "mother, just family. Primarily my mother." | ☒ | ☐ |
| 4. Does the offender appear to have good impulse control? | ☐ | ☒ |
| 5. Is the offender a caretaker or does he or she have a sense of responsibility to family or children? | ☒ | ☐ |
| 6. Is the offender able to identify multiple effective coping or problem solving skills? "No. That 2 daughters, ages 17 + 18 | ☐ | ☒ |
| 7. Is the offender compliant with psychotropic medications (self-report)? only works on TV. | ☒ | ☐ |
| 8. Other? (identify): _____ | ☐ | ☐ |

Calculate the total number of yes/no responses in each column:   Yes _5_   No _2_

## Section III: Summary

- TOTAL NUMBER OF RISK FACTORS (FROM SECTION I): _5_

  **If the number of affirmative responses is greater than five, the offender should be reviewed for crisis watch and referred for a mental health evaluation.**

- TOTAL NUMBER OF RISK FACTORS (FROM SECTION II): _5_

**The number of affirmative protective factors should be taken into consideration when reviewing for crisis watch.**

Exhibit 3

ILLINOIS DEPARTMENT OF CORRECTIONS
**EVALUATION OF SUICIDE POTENTIAL**

_____Pontiac_____      Date: _8/8/16_
Facility

Offender Name: Burgos, Marleon   ID #: _K04496_   DOB: _12/1/1978_
Last, First, MI

### Section IV:  Disposition
ALL CRISIS TEAM MEMBERS (CTMs) SHALL BE REQUIRED TO CONTACT A MENTAL HEALTH PROFESSIONAL (MHP) AFTER COMPLETING SECTION I, SECTION II AND SECTION III WITH THE OFFENDER.  AFTER THE CTM RECEIVES THE ORDERS FROM THE MHP, HE OR SHE SHOULD RECORD THE MHPs ORDERS BELOW.

Crisis Team Member (if applicable):

_____   _____
Print Name                 Date/Time:

MHP/Crisis Team Leader Contacted (if applicable):

_____   _____
Print Name                 Date/Time:

Based on the evaluation, the MHP has made a determination of suicide risk level:
Crisis Placement Indication (Check one):
- [ ] Continuous Watch (**CW**)    [x] Suicide Watch (10' **SW**)    [ ] Close Supervision (15' **CS**)
- [ ] Observation Status (30' **OBS**)   [ ] No Crisis Status Ordered
- Housing Recommendation (Check one): Smock and blanket only.
- [ ] Place in **Crisis Care** area          [ ] Return to **Segregation** housing
- [ ] Return to **General Population** housing   [ ] Return to **Reception Center** housing
- [ ] Return to **Special/Residential Treatment Unit**
- [ ] Other (specify): _____

### Section V:  Evaluator and Follow-Up Contact Information
Evaluator completed by:
- [ ] Crisis Team Member   [x] Mental Health Professional   [ ] Psychiatrist/M.D
- [ ] Other: _____

Patricia Brady, LSW   Patricia Brady, LSW   8/8/16   9:40am
Print Name           Signature              Date      Time

(over)→

Exhibit b.4

ILLINOIS DEPARTMENT OF CORRECTIONS
**EVALUATION OF SUICIDE POTENTIAL**

_Pontiac CC_   Date: _8/8/16_
Facility

Offender Name: _Billops, Marlon_   ID #: _K04496_   DOB: _12/1/1978_
Last, First, MI

## Follow-up

NOTE:  If evaluation was completed by someone other than a MHP/Psychiatrist, follow-up must be completed by (MHP/Psychiatrist).

| Print Name | Signature | Date | Time |
|---|---|---|---|

Summary of follow-up and interventions/recommendations (if any):

(S): Offender seen by MHP in response to request for crisis worker. TAC team extracted offender from his cell due to the latter impairing surveillance by first covering cell window with feces, then placing toilet paper over that. Offender stated that he was homicidal and suicidal, claiming he had been denied of food, water, and medical Tx. Offender reported fear that named security wanted to kill him - "I want to take myself out because they want to kill me."

(O): Alert and oriented X 3. Calm and cooperative at time of interview with MHP. Forthcoming. Ø s/s of psychosis. Denies SI. Good eye contact.

(A): Depressive D/O, Unspecified
     PTSD, A3 Fx
     Level of care - Crisis

(P): Begin 10 min Suicide Watch. Upon inquiry, Offender reported that he would not use property to impair surveillance, therefore Smock and blanket were approved. Assigned MHP to reassess on 8/9/16.

Illinois Department of Corrections

**Mental Health Progress Note**

PONTIAC CC

Facility

**Session Date:** August 15, 2016       **Time:** 9:40 AM       **Session Duration:** 10 MINUTES

**Offender Name:** (Last, First) Billops, Marlon                **ID Number:** K04496

| Part I: Offender Information |
| --- |

**Level of Care:**  ☐ General/Outpatient   ☐ Special/Residential Treatment Unit   ☒ Crisis Placement   ☐ Inpatient

**MSR:** 3/3/27              **Discharge:** 3/3/30

**Check all that apply:** ☒ Designated SMI   ☐ Designated GBMI   ☐ On Enforced Medication   ☐ None
☐ No face-to-face contact occurred (if checked, skip Brief Mental Status Evaluation section, document information in Part III)

| Part II: Brief Mental Status Evaluation |
| --- |

| Level of Cooperation: | ☒ Cooperative | ☐ Guarded/Suspicious | ☐ Hostile | ☐ Uncooperative |
| --- | --- | --- | --- | --- |
| Orientation: | ☒ Ox3 (Time, place, person) | ☐ OX _____ | (list:) _____ | ☐ Disoriented |
| Affect: | ☒ Unremarkable | ☐ Constricted | ☐ Blunt/Inexpressive | ☐ Flat |
| Appearance: | ☒ Appropriately Groomed | ☐ Disheveled | ☐ Poor Hygiene | |
| Thought Process: | ☒ Clear/Coherent | ☐ Circumstantial | ☐ Tangential | ☐ Perseveration |
| | ☐ Loose Association | ☐ Word Salad/Incoherent | ☐ Thought Blocking | |

**Part III: S.O.A.P. Note**

**S** = subjective, offender self-report of presenting problem; **O** = objective, clinician view of presenting problem;
**A** = assessment, clinician assessment of offender; **P** = plan, current plan, link to treatment plan

S: Offender seen for daily crisis watch assessment. Security reports he was covering his cell window with his smock and is refusing to come out of the cell to allow it to be cleaned, although he is complaining of feces in the cell. Offender reports feeling concerned that staff is going to assault him if he cuffs up. He also reports continued suicidal ideation.
O: Offender is alert and appropriately oriented. His thought process is somewhat illogical with a paranoid tone. Speech is articulate. Mood is anxious and affect is congruent. He does not appear to be responding to internal stimuli. He is able to be redirected with coaxing.
A: DX:  Unspecified Anxiety Disorder
   LOC: Crisis
P: MHP to follow up daily while on watch. 10' SW remains an appropriate level of monitoring.

Page 1 of 1

| Clinician Name (Print): Kelly Renzi, PsyD | Signature: _____ |
| --- | --- |
| Facility:                PONTIAC CC | Title: Clinical Psychologist |

Distribution:  Offender Medical File          *Printed on Recycled Paper*          DOC 0282 (Rev. 05/2016)

Exhibit N.6

1:18-cv-01254-MMM   # 1-1   Page 21 of 35

Illinois Department of Corrections

**Mental Health Progress Note**

PONTIAC CC

Facility

**Session Date:** August 17, 2016      **Time:** 8:20AM      **Session Duration:** 5 min

**Offender Name:** (Last, First) Billops, Marlon      **ID Number:** K04496

| Part I:  Offender Information |
|---|

**Level of Care:** ☐ General/Outpatient   ☐ Special/Residential Treatment Unit   ☒ Crisis Placement   ☐ Inpatient

**MSR:** 3/3/27      **Discharge:** 3/3/30

**Check all that apply:** ☒ Designated SMI   ☐ Designated GBMI   ☐ On Enforced Medication   ☐ None
☐ No face-to-face contact occurred (if checked, skip Brief Mental Status Evaluation section, document information in Part III)

| Part II:  Brief Mental Status Evaluation |
|---|

| Level of Cooperation: | ☐ Cooperative | ☐ Guarded/Suspicious | ☐ Hostile | ☒ Uncooperative |
|---|---|---|---|---|
| Orientation: | ☒ Ox3 (Time, place, person) ☐ OX | | (list): | ☐ Disoriented |
| Affect: | ☐ Unremarkable | ☐ Constricted | ☒ Blunt/Inexpressive | ☐ Flat |
| Appearance: | ☐ Appropriately Groomed | ☒ Disheveled | ☐ Poor Hygiene | |
| Thought Process: | ☒ Clear/Coherent | ☐ Circumstantial | ☐ Tangential | ☐ Perseveration |
| | ☐ Loose Association | ☐ Word Salad/Incoherent | ☐ Thought Blocking | |

## Part III:  S.O.A.P. Note

**S** = subjective, offender self-report of presenting problem; **O** = objective, clinician view of presenting problem;
**A** = assessment, clinician assessment of offender; **P** = plan, current plan, link to treatment plan

S:  Offender had just been extracted from his cell by security after he had been unresponsive under his blanket.  Offender was being taken to Urgent Care to have his lip, which had been injured in the extraction, tended to.  Offender asked MHP, "how do you think I look?  I got beat up."  Offender did not engage with offender further.  Offender did not guarantee his safety.

Unstable, no sign of psychosis.

A:  LOC: Crisis; DX: deferred

P:  Per treatment team, offender to remain 10 min watch.  Property limited due to potential for self harm and harm of others. MHP follow up 8/18/16.

Page 1 of 1

| Clinician Name (Print):  Todd M. Nelson, MS, LCPC | Signature: *Todd M Nelson* |
|---|---|
| Facility:                    PONTIAC CC | Title: Qualified Mental Health Professional |

**Distribution:**   Offender Medical File      *Printed on Recycled Paper*      DOC 0282 (Rev. 05/2016)

Exhibit L.7

**Illinois Department of Corrections**

**Mental Health Progress Note**

PONTIAC CC
_____
Facility

**Session Date:** August 9, 2016          **Time:** 9:25 AM          **Session Duration:** 5 min

**Offender Name:** (Last, First) Billops, Marlon          **ID Number:** K04496

| Part I:  Offender Information |
|---|

**Level of Care:** ☐ General/Outpatient   ☐ Special/Residential Treatment Unit   ☒ Crisis Placement   ☐ Inpatient

**MSR:** 3/3/27          **Discharge:** 3/3/30

**Check all that apply:** ☒ Designated SMI   ☐ Designated GBMI   ☐ On Enforced Medication   ☐ None
☐ No face-to-face contact occurred (if checked, skip Brief Mental Status Evaluation section, document information in Part III)

| Part II:  Brief Mental Status Evaluation |
|---|

**Level of Cooperation:** ☐ Cooperative   ☐ Guarded/Suspicious   ☐ Hostile   ☒ Uncooperative

**Orientation:** ☐ Ox3 (Time, place, person)   ☐ OX _____ (list:) _____   ☒ Disoriented

**Affect:** ☐ Unremarkable   ☐ Constricted   ☐ Blunt/Inexpressive   ☐ Flat

**Appearance:** ☐ Appropriately Groomed   ☐ Disheveled   ☒ Poor Hygiene

**Thought Process:** ☐ Clear/Coherent   ☐ Circumstantial   ☐ Tangential   ☐ Perseveration
☐ Loose Association   ☐ Word Salad/Incoherent   ☐ Thought Blocking

| Part III:  S.O.A.P. Note |
|---|

**S** = subjective, offender self-report of presenting problem; **O** = objective, clinician view of presenting problem;
**A** = assessment, clinician assessment of offender; **P** = plan, current plan, link to treatment plan

S:  Offender stated that since security is going to kill him anyway, he might just as well kill himself.  Would not guarantee his safety.

O:  Unstable, no sign of psychosis.

A:  LOC: Crisis; DX: deferred

P:  Per treatment team, offender to remain 10 min watch.  Property limited due to potential for self harm and harm of others. MHP follow up 8/10/16.

Page 1 of 1

Clinician Name (Print):  Todd M. Nelson, MS, LCPC          Signature: _____

Facility:  PONTIAC CC          Title: Qualified Mental Health Professional

Distribution:   Offender Medical File          Printed on Recycled Paper          DOC 0282 (Rev. 05/2016)

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

_____ Pontiac Correctional _____ Center

Offender Information:

BILLOPS                MARLON           MI   ID#: K04496
Last Name              First Name

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8.17.16. 9:00 ♯ 132/52 122 18 98.7 76.5 | MD note<br>S - Patient pres.<br>to Urg. care c/o<br>altercation c security<br>today c/o "split lip"<br>& states my Ⓡ elbow<br>hurts.<br>O /20 X 3 vss. RLG<br>P 84/ Ry afeb.<br>Scalp - nml<br>face - subcony. hemorage<br>Ⓡ periorbetal area<br>lower lip 1.5 cm lac.<br>- closed c 3 - 3-0 chromic gut sutures<br>clint - clear, non tend.<br>for RC/, + dr<br>Aud - soft B (+) non tend<br>extr - Ⓡ elbow full ROM<br>minor tenderness<br>neuro intact<br>A .1. Lower lip laceration.<br>2. Contusion Ⓡ elbow. | P. 1. Tylenol 325mg<br>II po B1D x 5d<br>2. X-ray Ⓡ elbow<br>& facial bones.<br>3. suture rem<br>in 14 days. |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Pontiac Correctional _____ Center

Offender Information:

BILLOPS. Marlon ID#: KO4496
Last Name        First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-16.16. 8⁴⁰A | MD note. S. Patient pres to Mtg. care for PREA evl. Start on July | P-1. No rape kit 2. Psych seen & evaluated |
| Q, 97 79 | 3rd 2016 in AM while mutting forward holding hands on 6th gallery | 3. 1A to investigate further. |
| BP 140/80 T97.2°F | Whouse — C.O. touched his penis twice during ShakeDown. Denver other sexual touchy or verbal harrassment. | Other sexual touchy or verbal |
| | O. A, O x3 KS. Mut/ Coop —m Eff — norm. Neuro Intact | |
| | A. Verbal harrassment & inappropriate gential touching by C.O. during ShakeDown. | by C.O. 7.3.2016. |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

Exhibit M.2

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

PONTIAC CORRECTIONAL Center

Offender Information:

Last Name: Billops   First Name: Marlon   MI: ____   ID#: K04496

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/31/16 2p | URGENT CARE RN note: O: IM not seen in UC dft time constraints. A: Reschedule. | P: Reschedule per Dr. Tilden. W Johnson RN |
| 9.2.16 1225 #100 98.7 98% 20 135/78 73 | URGENT CARE NP note S: IM seen for suture removal. Sutures "fell out on there own" per offender. C/o rib pain from altercation. O. VSS, A/O x3 lungs-CTAB CAD-RRR Abd-soft, NT (+)BS | 1. CXR 2. Motrin 600 mg po BID #12. C Hansen Np A: R/o rib Fx |
| | ms no nod clicking felt on ribcage | |

Distribution: Offender's Medical Record   Printed on Recycled Paper

DOC 0084 (Eff. 4/2002) (Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

PONTIAC CORRECTIONAL        Center

Offender Information:

Billops                    M                    ID#: K04496
Last Name                  First Name           MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 8/20/16 8:53 pm | Psychiatrist Note / Inu Note OLBS | ← Start Zyprexa 5mg QHS × 6 month ← Start Klonpin 1mg PO BID x 2 week Inu 1mg QHS x 2 week Inu Srp. RTC. 1 month |
| | K. Ahmed | |

On: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

Exhibit M.3

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ PONTIAC CORRECTIONAL _____ Center

Offender Information:

Last Name: Billops    First Name: Marlon    MI: ____    ID#: K04496

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 9/25/16 1pm | RN Note) N.S.C.) I/m complains of broken Ribs. XRay ordered on 9/2/16. NO xray charted. | P) P96 collected. XRay order resubmitted TKjellesikReN |
| 9-28-16 0840A | Radiology Note. O) CXR a-eld | 7) Xray done NTTRI |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

PONTIAC CORRECTIONAL Center

Offender Information:
Last Name: Billops   First Name: Marion   MI: ___   ID#: K04496

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4-21-16 2:30pm | **RN Note** O: Offender Medical Request Noted K.Beecher RN | |
| 9/21/16 6:15p | Psychiatry Note: Med renewal / taper | Klonopin 0.5mg qhs x 7d then D/C Haugster MD file 10P Saugster noted 9/21 MD |
| 9-22-16 2:30p | CMT note: Pt/s S/C OT ran out of time. | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

Exhibit M.4

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Pontiac Correctional _____ Center

**Non-Specific Discomfort**

Offender Information:

Last Name: Billops   First Name: Marlon   MI:   ID#: KO4496

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/17/17 1:30p | S) - Any Allergies<br>NKA<br><br>- Location of pain / discomfort<br>R elbow<br><br>- Describe pain<br>Stabbing  Throbbing  Constant  Intermittent  Etc.<br>it hurts<br><br>- Have you had this pain before and how was it treated<br>yes<br><br>- Rate pain level scale of 1 – 10<br>8<br><br>- Duration of pain<br>since august 2016<br><br>O)<br>T 97  P 82  R 16  BP 139/90  WT 191#<br><br>- Signs of obvious discomfort<br>not at this time<br><br><br>- Observations related to body part affected<br>handcuffed at this time | P) MD Referral<br><br>- Patient presents more than twice at NSC for c/o same discomfort within one month<br><br>- Patient presents with signs of acute, severe discomfort<br><br>- Patient has abnormal vital signs<br><br>No MD referral<br><br>- Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets)<br><br>- Ibuprofen 200mg 1-2 tabs t.i.d. PRN for 3 days (18 tabs)<br><br>Patient Teaching<br><br>- Return to see provider if symptoms worsen or interfere with daily functioning |
| | A) Non-Specific Discomfort | Nurse Signature<br><br>Payment Voucher   YES   NO |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Exhibit N.1



ILLINOIS DEPARTMENT OF CORRECTIONS
**Incident Report**

Incident Number: _____
Type of Incident: _____

If the answer is yes to any of the following questions, explain in narrative below:

Facility/Program: **Pontiac Correctional Center**    Date of Incident: **8/4/2016**    Time of Incident: **12:50**    ☐am ☒pm

| | | |
|---|---|---|
| Was a Weapon Involved: | ☐ YES | ☒ NO |
| Was Property Damaged: | ☐ YES | ☒ NO |
| Were Arrests Made: | ☐ YES | ☒ NO |
| Were there Media Inquiries: | ☐ YES | ☒ NO |

| | | |
|---|---|---|
| Were Restraints / Force Used: | ☐ YES | ☒ NO |
| Were Chemical Agents or OC Used: | ☐ YES | ☒ NO |
| Appr. Unit and/or Law Enf. Agency Notified: | ☐ YES | ☒ NO |
| Any Injuries / Hospitalizations: | ☐ YES | ☒ NO |

**Offenders / Staff Involved:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| BILLOPS, MARLON | K04496 | C/O Ryan Battle | 12139 |

**Witnesses to Incident:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| | | | |

**Statement of Facts: (NARRATIVE)**

On the above date and approximate time this R/O confiscated Offender MARLON BILLOPS K04496 clothing items.
Offender MARLON BILLOPS K04496 clothing items consisted of: 1- pair of white NIKE shoes size 11.5 (Blood stains) 1-
pair of white socks (Blood stains) 1- White T-Shirt (Blood stains) 1- Black/White 3XL jumpsuit (Blood Stains). This R/O
confiscated Offender MARLON BILLOPS K04496 clothing items for evidence, due to the Blood stains on Offender
MARLON BILLOPS K04496 caused by his actions of ASSAULTING Correctional Officer Ryan Battle #12139. Offender
MARLON BILLOPS K04496 ASSAULTED Correctional Officer Ryan Battle #12139 In East Cell House Release 519.

| | | |
|---|---|---|
| J. Michelin | 8/4/2016 2:35pm | 8-4-16 2:50Pm |
| Reporting Employee (Print) | Reporting Employee Signature | Date / Time |
| | | Person Accepting Report | Date / Time |

**Administrative Assessment:** JA

**Chief Administrative Officer:** _____    Date / Time: 8-5-16 9 am

Billops v. Prentice, et al. (17-1348) IDOC Document No.: 000605

Pontiac Corr. Internal Affairs

IN THE ☒

Marlon Billops K04446 )
Plaintiff/Petitioner )
)
Vs. )
)                    No._____
Internal Affairs (Supervisor) )
Defendant/Respondent )
)

## PROOF/CERTIFICATE OF SERVICE

TO: Internal Affairs          TO:_____
Supervisor                    _____
_____             _____
_____             _____

　　　　PLEASE TAKE NOTICE that on _November 28_____, 20_17_, I placed
the documents listed below in the institutional mail at _Pontiac_
Correctional Center, properly addressed to the parties listed above for mailing through
the United States Postal Service

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of
perjury that I am a named party in the above action, that I have read the above
documents, and that the information contained therein is true and correct to the best of
my knowledge and belief.

DATED: 11.28.17_____

/s/ _Marlon Billops_
Name: _Marlon Billops_
IDOC No. _K04446_
_Pontiac_____ Correctional Ctr.
POB _99_____
_Pontiac,_____, IL

Exhibit 02

To Internal Affairs                    1 of 2

From Marlon Billops K-04496

North 140

11.28.17

Sub Investigation's/Grievances

I have been having a long on-going issue
with being denied access or use of the grievance procedure. I orginally
started last year 2016, after griwan excessive force which occured Jan 2016,
after counselor respond, I appealed to the grievance officer (this was
the 2nd time I filed a grievance on the same issue. The first was submitted
as emergency but was never seen again) The grievance officer
basicly told me that the grievance disappeared! Over time, up onto the
present, after appealing counselor's responce to the grievance officer
I will no longer here back from the grievance. Ofcourse I'm
not the only person that this is happening to. Infact after the
January assault on me the same thing happened 2x in August 2016
involving some of the same people. I submitted grievances
regarding both incidents the one that took place on 8.4.16
was submitted as a emergency. That one said that I.A would
be addressing it, however over time as I wrote Record office,
grievance office and I.A. Everyone said they don't have
it, nonetheless 14 months later I was interviewed by
I.A. about that grievance that was submitted as emergency.
(By the way, I have a affidavit that I will like to
submitt with that grievance, from another inmate. I
wrote and asked I.A. last month, but Never got a responce.)

Exhibit 0.3

2of2

The other assaut which occuied against me was grieved addressed by canselor, I appealed canselor's resporid to Grievance officer and like all (NOT All) but most of my grievances it disappeared. I recently in Sep.2017, was assauited, grieved it, and the grievance disappeared. It's plan to see that all departments within flartinc work together to allow and or help grievances vanish. Hell, Iue told I.A. personally on two of the unanwesen assauls, they had Nothing to say or do. I was looked at with the expression that read (what are you telling me foe).

I have concers about my health and life even if you dont, I hope you do something about it

Respectfully,

Marlon Billops

Marlon Billops K04496
North 140
11.28.17

To Internal Affair's

From Marion Billops K.04496

Sm 226

3.18.18

Sub: Corporal Punishment

Here's yet another complaint of your fellow co-worker's assaulting me and the cover up of said conduct. Even more I will like to know why your department choise not to investigate and turn it over to the states attorney for prosecution. Infact, I'm curious as to why no officer's has been charged with assaulting me. — O.K, back in Sept. 2017, I was assaulted by C/o's Davis + Frasier in the North house cell 130. I wrote a grievance about the assault, the grievance went through each level without having the proper investigation by I.A. or Inte. — Next, I was assaulted 10.10.17, by C/o Davis again in the North cell house. I wrote a grievance (It Pending) but again no investigation from I.A. was conducted. — Again in Dec. 2017, I was assaulted by C/o Young in N 140 later in the tank of which my left middle finger, was broken and my ancle was injured. I wrote a grievance (it's Pending) and espite being assaulted, I.A. would not look into it. — On 2.22.18, C/o Pratt maced me four times brote my right forarm on the chuck and cut my right arm and wrist up. put me in a flooded cell (the whole cell house was flooded) with no running water or tulet with a broken arm and mace in my eyes and skin (The grievance is pending) Medical has aided in covering up the mistreatment by refusing me medical treatment. I have put in 5 medical request slips and tell every nurse that comes to my cell. Nothing. It's to the point where the nurse Laura Anderson? will not give me my A.M. pills because after she looked at my arm through my cell window while she was administering A.M. meds, she just told me that my arm isn't broken then disrespect me by calling me a "dumb ass" for what has happened to me. So every morning I hear her

I begain cursing her out, as a result she wont give me meds. — I notice that you c/o's don't inviatigate the beating by your fellow emplayee. Like in Aug. 2016, I told yall that I was beat 8.4.16 and that it will happen again. What happened the following day 8.16.16. They

beat the hell out of me in N102, broke my rib, put stiches in my lip swell my face up. I just talked to someone In I.A. the day befor, as I was seeing him about a P.R.E.A, I told him and he did Nothing. I wrote a grievance like always it disappeared. Oh. back in Oct. 2017 I was finally called about the beating that was put on me 8.4.16, this after I've been told countless times "We don't have a grievance about that and the ~~process~~ grievance process was complet" But as I spoke to I.A. I kept asking him what's up with the 8.16.16 issue. And he told me he dont have one. I know that the problem is I.D.O.C is governed by I.D.O.C. and NO out-side Body can come in to investigate without special orders. And Staff (all staff) is mindful that they can do what they want because my buddy works in I.A. or is the Dept. Director bottom line WE will not abandon anyone who's a part of I.D.O.C. unless that person speak out. -- For the issues you are supose to investigate, do so and I will like to procue criminal charges

Respectfully,

Marlon Billops