E-FILED
Monday, 07 January, 2019 05:21:24 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MARLON BILLOPS, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 18-1254-MMM |
| SUSAN PRENTICE, et al., | ) |
| Defendants. | ) |

## ANSWER AND AFFIRMATIVE DEFENSES

Defendants, Susan Prentice, Jason Dyer, Jeremy Whicker, Reginald Brewer, Alberardo Salinas, Gregory Tangman, Jeffrey Maley and Ryan Battle, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, for their Answer and Affirmative Defenses to Plaintiff's Complaint [Doc. 1], pursuant to the Court's Merit Review and Case Management Order of November 8, 2018 [Doc. 12], in the above cause, state as follows:

## ALLEGATIONS ENUMERATED IN COURT ORDER
## DATED NOVEMBER 8, 2018[1]

This case shall proceed on the deliberate indifference claim against Defendant Williamson; the excessive force and state-law battery claims against Defendants Battle, Dyer, Whicker, Maley[2] and Tangman; the failure to intervene and inhumane conditions of confinement claim against Defendant Prentice; and the procedural due process claim against Defendants Brewer and Aberardo.

> **ANSWER: Defendants deny the allegations in this paragraph and deny violating any of Plaintiff's rights whatsoever.**

## GENERAL DENIAL

Defendants expressly deny any allegation not specifically admitted.

---

[1] Pursuant to local rules 16.3, and *CDIL-LR 16.3*, the claims and issues will be limited to those identified in the merit review order (Doc. 12).
[2] Pursuant to this Court's December 7, 2018 Text Order, the Doe Defendant is substituted as Officer Maley.

## RELIEF REQUESTED

Defendants deny that Plaintiff is entitled to any relief whatsoever.

## AFFIRMATIVE DEFENSES

1. At all times relevant to Plaintiff's claims, Defendants acted in the good-faith performance of their official duties without violating Plaintiff's clearly established constitutional rights. Defendants are protected from liability by the doctrine of qualified immunity.

2. Plaintiff has filed suit while in the Department of Corrections. To the extent Plaintiff has failed to properly exhaust his administrative remedies as required prior to filing suit under 42 U.S.C. §1983, his claims are barred by the Prison Litigation Reform Act (42 U.S.C. §1997e(a)) and *Perez v. Wisconsin Dept. of Corrections*, 182 F. 3d 532 (7th Cir. 1999).

3. To the extent that Plaintiff's allegations require the invalidation of discipline that resulted in the loss of good time credit and a criminal conviction, those allegations are barred by *Heck v. Humphrey*, 512 U.S. 477, 487 (1994).

## JURY DEMANDED

Defendants demand a trial by jury in this matter.

WHEREFORE, Defendants respectfully request that this Court grant judgment in their favor and deny any relief to Plaintiff, and for any further relief the court deems just and proper.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

By: s/Mia Buntic
MIA BUNTIC
Assistant Attorney General
General Law Bureau
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-3599
Mbuntic@atg.state.il.us

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| MARLON BILLOPS, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. 18-1254-MMM ) |
| SUSAN PRENTICE, et al., | ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2019, the foregoing document, Defendant's *Answer and Affirmative Defenses*, was electronically filed with the Clerk of the Court using the CM/ECF system. And I hereby certify that on the same date, I caused a copy of the foregoing described document to be mailed by United States Postal Service, in an envelope properly addressed and fully prepaid, to the following non-registered participant:

Marlon Billops, K04496
Pontiac Correctional Center
Inmate Mail/Parcels
P.O. Box 99
Pontiac, Illinois 61764

/s/ Mia Buntic
Mia Buntic, #6320374
Assistant Attorney General
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
Phone: 312-814-3599
Fax:   312-814-4425
mbuntic@atg.state.il.us