IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

Marlon Billops,
         Plantiff,

-vs-                              No. 18-1254-mmm

Susan Prentice, et al.,
         Defendant's

## Motion To Dismiss State's Motion to Stay and Proceed with Plantiff's Civil Suite in this Cause and Action

Now come's Plantiff, Marlon Billops, pro se, and move's this honorable court to grant his Motion To Dismiss the State's Motion to Stay Pending Resolution of Pending Criminal Charges, And Proceed in Plantiff's Civil Suite in this cause and action.

1) Plantiff filed his complaint on July, 11 2018;

2) On November, 8, 2018, this court found merit in plantiff's claim for deliberate indifference claim against Defendant Williamson; excessive force and state law-battery claims against Defendant's Battles, Dyer, Whicker and Tangman and failure to intervine and inhumane conditions of comfinment against Defendant Prentice and a proceedural due process against Defendant's Brewer and Alberado;

3) Plantiff was under the impression that this honorable court was granting him the rights to file criminal state battery charges from the wrong the defendants had done him. Especially since the state wouldn't respont to any of plantiff's letters seeking to file criminal charges;

FILED
AUG 12 2019
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

4) Plantiff has filed interoggatories, for the defendants;

5) Plantiff believes that the state's motion is taken in bad faith, hence if the defendants answer the interoggatorie honestly, it may reveal misconduct and or criminal charges similar to what plantiff is alledging;

6) There's no reason to stay this case;

7) Plantiff was transfered out of Pontiac R.T.U. to Joliet Treatment Center for the mentally ill on or around July 25 or 26, 2019;

7) Here in Joliet Treatment Center, plantiff is denied pen's "say pens." However on August 3, 2019, Counselor gave plantiff a pen after plantiff complained to everyone for day's after getting his property;

8) Plantiff has had a change of address, his new address is "Marlon Billops, Joliet Treatment Center, 2848 W. McDonough St., Joliet, Il 60436;

9) Joliet Treatment Center does not have a E-File system therefor I have to send this motion through U.S. Postal Mail.

I declare under the penality of perjury that the information contained herein is true and correct

Marlon Billops K-04494
Joliet Treatment Center
2848 W. McDonough St.
Joliet, Il 60436

8-4-19